RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 8/12/14

United States District Court
Eastern District Court of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

8/20/14
Forward copies to all counsel: gov't response by 9/2/14
/s/ Judge Raymond J. Dearie

CR 10-19-04 (RJD)

Honorable Judge,

The defendant respectfully submits this letter under Foreign Intelligence Surveillance Act (FISA). The case against me by the Government contains information which relate to FISA.

The Government and the court is well aware of this and during the Norwegian court case it was referred to by the United States Government and the British Government.

The electronic communication i.e email address Humaonion@yahoo.com, chippyparveen@yahoo.com and sanaphatana@yahoo.com are part of the case against me. Courts proceedings in England, United States and Norway have shed extensive light on email accounts and communication between these addresses and it is in court's knowledge that the accounts were created either in Manchester or Pakistan.

All the correspondence occured in Foreign country i.e England which pursuant to § 1806 of FISA prohibits the Government to introduce and use any evidence obtained without application by a Federal Officer and approved by Attorney General Section 1014 [50 USCS § 1804] Specifically relating to the accounts mentioned.

The number of emails from the email addresses in my case are about 8 and all these were communicated from England. The Government should disclose any FISA application made about the email accounts as it is defence argument that there was no FISA warrant obtained in order to access these

accounts and its contents.

It is request to the court to not allow and suppress any information accessed warrantless under FISA including these emails from being introduced as evidence.

Additionally if there was any FISA application made under section 1014 [50 USCS § 1804] it is defence case that it was not made in conformity with an order of authorization or approval.

The court should hold suppression hearing Rule 12 about FISA information at the earliest date.

Finally the defendant requests copies of all letters and motions submitted by defence and docketed by court along with docket sheet up till August 5, 2014.

Dated. August 5, 2014

Yours sincerely
ABID NASEER

RECEIVED IN CHAMBERS
OF RJD USDJ
NO