# United States District Court

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

- against -

THE PREMISES KNOWN AND DESCRIBED
AS YAHOO EMAIL ADDRESS
sana_pakhtana@yahoo.com

**SEARCH WARRANT
CASE NUMBER:**

**M-09-1167**

TO: **Special Agent Henry Heim** and any other Authorized Officer of the United States:

Affidavit(s) having been made before me by **SA Henry Heim**, Affiant, who has reason to believe that ☐ on the person of ☒ within the premises known as (name, description and/or location)

YAHOO EMAIL ADDRESS sana_pakhtana@yahoo.com

there is now concealed (describe the person or property)

evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 2332a(a)(2) and 2339B(a)(1), as set forth in Attachment A.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **December 4, 2009**
Date

the item named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant as required by law to the United States Magistrate Judge on duty in this District.

11/23/09  4:00 pm                    at   Brooklyn, New York
Date and Time Issued                       City and State

JOAN M. AZRACK, U.S. MAGISTRATE JUDGE    [signature]
Name and Title of Judicial Officer        Signature of Judicial Officer

Attachment A

Particular Things to be Seized

1. Information to be disclosed by Yahoo

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo, Yahoo is required to disclose the following information to the government for the email account sana_pakhtana@yahoo.com:

    a. The contents of all emails stored in the account, including copies of emails sent from the account;

    b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c. All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files;

    d. All records pertaining to communications between Yahoo and any person regarding the account, including contacts with support services and records of actions taken.

2. Information to be seized by the government

All information described above in Section 1 that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2332a(a)(2) and 2339B(a)(1) involving Najibullah Zazi, and others, since January 1, 2008, including, for the account or identifier listed above, information pertaining to the following matters:

    a. Any email correspondence that constitutes evidence of a conspiracy to use weapons of mass destruction against persons and property within the United States or conspiracy to provide material support to a foreign terrorist organization, including, by way of example only, emails concerning the procurement, manufacture or use of explosive devices, and emails concerning the transportation, safe-housing and activities of terrorist operatives.