

**U.S. Department of Justice**

Federal Bureau of Investigation

RECEIVED
APR 17 2009

In Reply, Please Refer to
File No.

Washington, DC
April 17, 2009

Emily Hancock
Senior Legal Director
Yahoo, Inc.
701 First Avenue
Sunnyvale, CA 94089
Fax (408) 349-7941

RE:  Request for Voluntary Emergency
     Disclosure of Information

Dear Ms. Hancock:

    Pursuant to 18 U.S.C. §2702, Yahoo is permitted to voluntarily provide to the Federal Bureau of Investigation (FBI) the stored contents of communications and related records if Yahoo believes, in good faith, that "an emergency involving danger of death or serious physical injury to any person requires disclosure without delay" of stored communications content and/or records relating to the emergency.

    The FBI believes that the following circumstances give rise to an emergency involving danger of death or serious physical injury that requires such a disclosure and that this information can form the basis for you to conclude the same:

    The Office of Legal Attache (FBI), US Embassy-London is assisting the Greater Manchester Police in England in an investigation regarding a Potential Act of Terrorism.

    For the past year, the Greater Manchester Police in association with New Scotland Yard and various other United Kingdom (UK) Police Constabularies have been investigating the activities of Islamic Extremists and their plans to commit another act of terrorism within the UK.  This investigation is considered the UK's top priority Counterterrorism investigation with an imminent threat to life.  Approximately three weeks ago, the UK authorities uncovered the actual identities of some of the suspected operatives and began a more intensive review of their activities and communications.  Due to the content of some of the communications reviewed, a command decision was made to take immediate action in order to prevent any potential loss of life.

    On Wednesday April 8, 2009, twelve people were arrested in the cities of Manchester and Liverpool.  At that time of the

arrests, there was substantial evidence (obtained from other sources) to suggest that an imminent attack was being planned and was scheduled to take place in the United Kingdom sometime during the week of April 13, 2009. Communications/evidence obtained prior to the arrests of these subjects (considered to be Islamic Extremists) was of a very similar nature to that evidence which was obtained/examined after the disrupted Transatlantic Airline Plot (described in the following paragraph).

In August 2006, British Police announced they had foiled a major plot to detonate an unspecified number of bombs on airlines traveling from the UK to the United States. The plot was conceived among eight or more subjects who aimed to smuggle the component parts of improvised explosive devices onto aircraft and assemble and detonate them while on board.

Subsequent to the arrests on April 8, 2009, searches were conducted at eight locations which revealed the existence of numerous pieces of electronic media containing the three named email addresses which were previously unknown to investigators. At this time, it is unclear whether all of the conspirators in this terrorism plot have been captured or whether there are others still at large and proceeding with the original plan.

The imminent nature of the threat is that it is believed that the contents (as well as any and all other associated data of the email addresses noted in these communications) will reveal current plans and/or other yet unknown associates. With this information, it is believed law enforcement can swiftly act and prevent another terrorist incident and the potential loss of life.

The normal disclosure process is unavailable because there is no identifiable U.S. law violation.

As noted previously, the FBI believes that Yahoo possesses information on this matter that could be critical to identifying yet unknown conspirators and/or plans leading to the prevention of another potential act of terrorism. Specific registration and IP subscriber information, along with content of the emails, buddy lists, and other related accounts tied to the email addresses **sana_pakhtana@yahoo.com, chipyparveen@yahoo.com, and humaonion@yahoo.com**, may aide in these efforts. The Yahoo accounts appear to have been set up in particular for direct communication between the suspected terrorists in an effort to thwart law enforcement.

Once the ISP and content information is obtained from Yahoo, the FBI Legal Attache in London will provide the information to selective and trusted counterparts of the Greater Manchester Police. The trusted counterparts will formulate a coordinated response on this matter, including working to identify any additional suspected terrorists and/or operational plans.

Based on this information, the FBI asks you to conclude that there is an emergency involving danger of death or serious physical injury that requires disclosure without delay of Yahoo stored communications content records as requested below. The normal disclosure process is unavailable because there is no identifiable U.S. law violation.

REQUEST FOR CUSTOMER RECORDS UNDER 2702(c)(4) AND STORED CONTENT COMMUNICATIONS UNDER 2702 (b)(8)

In order for the proper authorities to respond to this emergency, the FBI requests Yahoo to provide copies of all stored communications content and related records, including but not limited to subscriber information, login IP addresses, buddy lists, and any associated accounts, pertaining to user utilizing the below account:

sana_pakhtana@yahoo.com

chipyparveen@yahoo.com

humaonion@yahoo.com

Due to the sensitive nature of the emergency circumstances discussed in this letter, please do not disclose the existence of this request or the information contained herein except to those persons within your company who have a need to know this information in order to comply with the request.

RETURN OF INFORMATION

Due to the sensitive nature of these emergency circumstances, please do not send the requested information through routine mail service nor non-secure fax, nor disclose the substance of this letter in any telephone conversation.

3

Please provide the requested information to Assistant Legal Attache Bruce Helman and Senior Analyst K. Bradley Culp at Brad.Culp@ic.fbi.gov or facsimile 011-44-207-499-7944. Legat London will provide the information provided by Yahoo through secure channels to the appropriate personnel in the United Kingdom.

Sincerely,

Sean M. Joyce /rc

Sean M. Joyce
Deputy Assistant Director
Office of International Operations
Federal Bureau of Investigation

4