

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2015

By Certified Mail and Hand

Abid Naseer, Reg. No. 05770-748
c/o Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

      Re:    United States v. Abid Naseer
             Criminal Docket No. 10-19 (S-4) RJD)

Dear Mr. Naseer:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and order signed by the parties and ordered by the Court on January 7, 2013, enclosed please find documents Bates No. 2/13/2015 - 1 through 2/13/2015 – 57 containing the English translations of documents found on media associated with Usama bin Laden.

      If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/  Zainab Ahmad
      Zainab Ahmad
      Celia Cohen
      Michael P. Canty
      Assistant U.S. Attorneys
      (718) 254-7000

Enc.
cc: Clerk of the Court (RJD)