UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

            - against -

ABID NASEER,

            Defendant.
------------------------------------------------------------- x

ORDER

10 CR 19 (S-4) (RJD)

DEARIE, District Judge

    On January 16, 2015, a trial deposition was taken of Wafa Khan. The Court has ruled on the parties' objections during that deposition as follows:

| | |
|---|---|
| Page 12, line 11: | The objection is OVERRULED. Lines 11 through 14 on page 12 are stricken. |
| Page 16, line 18: | The objection is OVERRULED. |
| Page 17, line 2: | The objection is OVERRULED. |
| Page 17, line 14: | The objection is SUSTAINED. Lines 12 through 17 on page 17 are stricken. |
| Page 35, lines 20, 23: | The objections are SUSTAINED. Lines 17 through 25 on page 35 and lines 2 through 3 on page 36 are stricken. |
| Page 36, line 23: | The objection is SUSTAINED. Lines 21 through 25 on page 36 and lines 2 through 4 on page 37 are stricken. |
| Page 38, line 18: | The objection is OVERRULED. |
| Page 40, line 8: | The objection is OVERRULED. |
| Page 41, line 9: | The objection is OVERRULED. |
| Page 41, line 14: | The objection is SUSTAINED. Lines 11 through 16 on page 41 are stricken. |

| | |
|---|---|
| Page 45, line 4: | The objection is OVERRULED. |
| Page 60, line 5: | The objection is OVERRULED. |
| Page 60, line 12: | The objection is SUSTAINED. Lines 8 through 14 on page 60 are stricken. |
| Page 60, line 18: | The objection is OVERRULED. |
| Page 60, line 22: | The objection is OVERRULED. |
| Page 61, line 7: | The objection is OVERRULED. |
| Page 61, line 11: | The objection is OVERRULED. |
| Page 75, line 14: | The objection is OVERRULED. |
| Page 75, line 21: | The objection is OVERRULED. |
| Page 84, line 11: | The objection is OVERRULED. |
| Page 99, line 14: | The objection is OVERRULED. |
| Page 99, line 18: | The objection is OVERRULED. |

SO ORDERED.

Dated: Brooklyn, New York
      February 19, 2015

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge