UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA,

        - against -

ABID NASEER,

        Defendant.
-------------------------------------------------------- x

**ORDER**

10 CR 19 (S-4) (RJD)

DEARIE, District Judge

    On February 22, 2015, the government moved *in limine* for an order prohibiting members of the press from sketching images of the five members of the United Kingdom Security Service, otherwise known as MI-5, who are expected to testify at trial. The Court held a discussion with interested parties, including the sketch artists in the courtroom and members of the press. For the reasons stated on the record, the government's application is granted as follows: (1) while members of the press may sketch the courtroom scene at the time that the MI-5 witnesses testify, the MI-5 officers themselves may only be depicted with blank faces and generic haircuts that are not detailed in such a way that they depict the witnesses' actual hair styles; (2) members of the press will show their sketches of these MI-5 witnesses, if they sketch them, to the government before leaving the courtroom; and (3) in the event that the government believes a sketch is objectionable and is unable to resolve the issue with the sketch artist, the government will be given the opportunity to make a prompt application before the sketch is publicly disseminated. SO ORDERED.

Dated: Brooklyn, New York
       February 24, 2015

                              /s/ Judge Raymond J. Dearie

                              RAYMOND J. DEARIE
                              United States District Judge