

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA:CAC/MPC
F. #2010R00057

271 Cadman Plaza East
Brooklyn, New York 11201

March 1, 2015

By Hand and ECF

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Abid Naseer
Criminal Docket No. 10-19 (S-4) (RJD)

Dear Judge Dearie:

The government respectfully requests the court redact the following additional material from the deposition of Officer 1603 taken on January 29, 2015. These additional requests are consistent with the Court's order, dated February 19, 2015. Listed below are the pages and reasoning the government requests the additional redactions. Attached is a redacted copy of the transcript with the Court's redactions and the requested redactions listed below.

| | |
|---|---|
| Pages 2-7: | The material is colloquy between the parties and the court. All pages. |
| Page 8: | The material is colloquy between the parties and the court. Lines 1 through 8. |
| Page 54, line 18: | The objection was SUSTAINED. Lines 13 through 22. |
| Page 66, line 15: | The objection was SUSTAINED. Lines 13 through 19. |

Page 71, line 22:        The objection was SUSTAINED. Lines 20 through 25.

Page 84, lines 9-10:      The objection was SUSTAINED.  Lines 7 through 12.

Page 87, lines 24-25:     The material is colloquy between the parties and the court.

Page 88, lines 2-10:      The material is colloquy between the parties and the court.

                                              Respectfully submitted,

                                              LORETTA E. LYNCH
                                              United States Attorney

                        By:       /s/
                                              Zainab Ahmad
                                              Celia A. Cohen
                                              Michael P. Canty
                                              Assistant U.S. Attorneys
                                              (718) 254-7000

cc: Abid Naseer (via certified mail)
    James Neuman (via ECF and email)